UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
DAVID Z. KIM and AE JA KIM,                  :
                                             :
                        Plaintiffs,  :
                                     :   ORDER
     -against-                             :
                                     :   20 Civ. 7337 (GBD)
FEDEX CORPORATION,                           :
                                             :
                        Defendant.   :
                                             :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

       The February 10, 2021 initial conference is rescheduled from 9:30 a.m. to 10:30 a.m. and converted into an oral argument on Defendant's motion to dismiss, (ECF No. 5).

Dated: New York, New York
       January 7, 2021

                                                          SO ORDERED.

                                                          *George B. Daniels*
                                                          GEORGE B. DANIELS
                                                          United States District Judge