UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID Z. KIMI and AE JA KIM,

                    Plaintiffs,

      -against-                                  20 **CIVIL** 7337 (GBD)

## JUDGMENT

FEDEX CORPORATION,

                    Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 22, 2021, Defendant's motion to dismiss is GRANTED.

**Dated:** New York, New York

          February 23, 2021

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                       **BY:**

                                                    **Deputy Clerk**